AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| David Michael Hanson | ) Case No. 24-6010MJ |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 19 - December 23, 2023  in the county of  Maricopa  in the  _____  District of  Arizona , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 871(a) | Threats Against President and Successors to the Presidency |
| 18 U.S.C. Section 875(c) | Interstate Communication of a Threat |

See Attachment A, Incorporated by Reference

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause Incorporated Herein by Reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Savanna Shawler, Special Agent, U.S.S.S.
*Printed name and title*

REVIEWED BY: AUSA, GLENN B. McCORMICK
Glenn B. McCormick (Digitally signed by GLENN MCCORMICK  Date: 2024.01.23 11:06:37 -07'00')

Sworn and subscribed telephonically.

Date: January 23, 2024 @ 3:27pm

_____
*Judge's signature*

City and state:  Phoenix, Arizona

Alison S. Bachus
*Printed name and title*

**Attachment A**

**COUNTS 1-4**

**(Threats Against the President and Vice President)**

On or about the dates listed below, in the District of Arizona and elsewhere, the defendant, DAVID MICHAEL HANSON, did knowingly and willfully make the threats listed below to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States and Vice President of the United States, and with recklessness as to whether the communications would be viewed as true threats of violence, through posts DAVID MICHAEL HANSON made on social media accounts listed below, as follows:

| Count | Date | Account | Statement |
|---|---|---|---|
| 1 | November 19, 2023 | @popyourcherry24 | "#joeAndKamala I'm asking you to resign on Monday your alternative is death brutally murdered…" |
| 2 | November 19, 2023 | @trump20286more | "#joeAndKamala dead (with a skull emoji) required tomorrow we want your resignation" with a screenshot of document with the name "Michael Hanson" |
| 3 | November 19, 2023 | @popyourcherry24 | "#joeAndKamala are dead in less than #365days they're forced out of office and brutally murdered @JoeBiden @VP run for your lives or resign on Monday.." |
| 4 | December 23, 2023 | @4moreYearszn | "#joeBidenLost yesterday when they rescinded my offer to study (with a book emoji) and learn now it's #theDeathOfJoeBidenAndKamala you fucking |

1

|  |  |  | idiots!!!!! I'm going to bury them in a #schoolMassacre and #assasinate" |
|---|---|---|---|

In violation of Title 18, United States Code, Section 871(a).

## COUNT 5

### (Threat Against the President)

On or about November 19, 2023, in the District of Arizona and elsewhere, the defendant, DAVID MICHAEL HANSON, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, and with recklessness as to whether the communications would be viewed as true threats of violence as follows:

DAVID MICHAEL HANSON did comment in a post, "Because your incompetent #resignation or #assassination your choice" in response to a social media post made by an official President of the United States social media account.

In violation of Title 18, United States Code, Section 871(a).

## COUNTS 6-9

### (Interstate Threats)

On or about the dates listed below, in the District of Arizona and elsewhere, the defendant, DAVID MICHAEL HANSON did knowingly transmit in interstate and foreign commerce, communications through the social media accounts listed below containing  threats to injure the person of another, that is to injure, kill, and assault, the President of the United States and the Vice President of the United States, with the intent to communicate the true threats of violence listed below, and with recklessness as to whether the communications would be viewed as true threats of violence:

///

///

///

2

| Count | Date | Account | Statement |
|---|---|---|---|
| 6 | November 19, 2023 | @popyourcherry24 | "#joeAndKamala I'm asking you to resign on Monday your alternative is death brutally murdered…" |
| 7 | November 19, 2023 | @trump20286more | "#joeAndKamala dead (with a skull emoji) required tomorrow we want your resignation" with a screenshot of document with the name "Michael Hanson" |
| 8 | November 19, 2023 | @popyourcherry24 | "#joeAndKamala are dead in less than #365days they're forced out of office and brutally murdered @JoeBiden @VP run for your lives or resign on Monday.." |
| 9 | December 23, 2023 | @4moreYearszn | "#joeBidenLost yesterday when they rescinded my offer to study (with a book emoji) and learn now it's #theDeathOfJoeBidenAndKamala you fucking idiots!!!!! I'm going to bury them in a #schoolMassacre and #assasinate" |

In violation of Title 18, United States Code, Section 875(c).

## COUNT 10

### (Interstate Threat)

On or about November 19, 2023, in the District of Arizona and elsewhere, the defendant, DAVID MICHAEL HANSON did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is to injure, kill, and assault, the President of the United States, with the intent to communicate a

3

true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence through the following social media post on account @trump20286more:

"Because your incompetent #resignation or #assassination your choice" on a social media platform in response to a post made by an official President of the United States social media account.

In violation of Title 18, United States Code, Section 875(c).

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Savanna Shawler, a Special Agent with the United States Secret Service, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is in support of an application for a complaint and warrant for the arrest of MICHAEL DAVID HANSON who is in violation of 18 U.S.C. § 871(a) and 875(c).

2. On June 21, 2022, your affiant became employed as a Special Agent with the United States Secret Service (USSS) and attended the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP your affiant was instructed on Federal criminal investigations. Following my graduation from FLETC, I attended the Special Agent Training Course at the USSS Regional Training Facility located in Beltsville, Maryland, where your affiant was instructed in dignitary protection and tactics, protective intelligence investigations, basic computer forensics, counterfeit investigations, and fraud investigations, among various other criminal justice topics.

3. Prior to my employment as a Special Agent with the USSS, I was a full-time Intelligence Analyst in the United States Air Force joining in February 2020. The training included, a foundational training of learning discipline and attention to detail, followed by

5

training in analytical thinking, among other things. Following my graduation from Air Force training, your affiant worked as Mission Intelligence Coordinator, tasked with locating targets and aiding pilots in using aircraft sensors and conducting strikes on approved targets.

## PROBABLE CAUSE

4. This affidavit is in support of an application for a complaint and warrant for the arrest of MICHAEL DAVID HANSON.

5. The facts in this affidavit come from your affiant's personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based upon the statements contained in this affidavit, I have probable cause to believe that MICHAEL DAVID HANSON threatened to kill the President of the United States (POTUS), Joseph Biden and Vice President of the United States (VPOTUS), Kamala Harris on November 19, 2023, and December 23, 2023, in violation of Title 18, United States Code, Sections 871(a) and 875(c).

7. On November 19, 2023, your affiant learned a subject, identified as MICHAEL DAVID HANSON posted threats, on the social media platform "X", towards the POTUS and VPOTUS. The threats are listed below:

- On November 19, 2023, at 10:18AM @popyourcherry24 posted "#joeAndKamala I'm asking you to resign on Monday your alternative is death brutally murdered…" on the social media platform "X."

- On November 19, 2023, at 4:11PM @popyourcherry24 posted "#assassinate and #bombtheWhiteHouse what are you waiting for do it!!!!!!!!!" on the social media platform "X."

- On November 19, 2023, at 4:12PM @popyourcherry24 posted "#bombTheWhiteHouse do it!!!!!!!!!", on the social media platform "X", with a clip from the film Independence Day where the White House appears to be on fire.

- On November 19, 2023, at 7:22PM @trump20286more posted, "#joeAndKamala dead (skull emoji) required tomorrow we want your resignation" with a screenshot of an application submission page for Goodwill with the name "Michael Hanson" listed on the social media platform "X."

- On November 19, 2023, at 7:23PM @trump20286more posted, "Because your incompetent #resignation or #assassination your choice" on the social media platform "X" in response to a post made by official POTUS X/Twitter account.

- On November 19, 2023, at unknown time, @popyourcherry24 posted, "#joeAndKamala are dead in less than #365days they're forced out of office and brutally murdered @JoeBiden @VP run for your lives or resign on Monday." on the social media platform "X."

8. On the @popyourcherry24 and @trump20286more X accounts HANSON posted photos and videos of himself. Your affiant compared HANSON's driver's license picture to images on the X accounts to confirm it was Michael Hanson on the X accounts. Additionally, on the @trump20286more account HANSON posted a screenshot of an unknown app with the name Michael Hanson listed.

9. On November 20, 2023, Special Agent (SA) Todd Newman called HANSON after being unable to locate HANSON. SA Newman identified himself and the reason for his call, to which HANSON stated his speech is protected by the First Amendment. SA Newman explained this threatening language is not protected speech and prosecutable under federal law. HANSON then ended the phone call with SA Newman. Shortly after the phone call ended, HANSON posted about the phone call on the @popyourcherry24 X account and explained that "his email was open" if the Secret Service had any more questions. SA Newman wrote to the email address HANSON posted on the @popyourcherry24 X account in an attempt to regain contact with HANSON. Later on, 11/20/23, HANSON called SA Newman back and stated he left Arizona for Las Vegas, NV, and could no longer speak with

the agents. At this point, the X posts stopped and tracking HANSON via his posts was unsuccessful.

10. On November 22, 2023, your affiant was contacted by Arizona State University Police Department (ASU PD). ASU PD stated they were they had a man matching HANSON's description held at ASU's main library (300 E. Orange St. Tempe, AZ 85287). ASU PD Officer James Quigley confirmed it was HANSON. HANSON was being held for trespassing after getting in a verbal altercation with two female employees at ASU's library. Your affiant went to ASU's campus and interviewed HANSON. HANSON admitted to posting the November 19, 2023, threats on X, but stated he was unaware it was illegal and claimed he removed the posts. Your affiant explained the severity of posting these threats and reiterated it is a violation of 18 U.S.C. § 871(a) to threaten the President or Vice President of the United States. HANSON explained he understood and would not do it again. After the interview was complete, HANSON was not charged for any offenses. HANSON explained he was going to try to get a bed in a shelter in Downtown Phoenix.

11. On December 24, 2023, your affiant became aware of additional threats towards POTUS and VPOTUS and to commit a mass shooting made by MICHAEL DAVID HANSON. The threats are listed below:

- On December 23, 2023, at 10:17AM @tokyoJapan443 posted, "#joeAndKamala are dead (skull emoji) & buried" on the social media platform "X."

9

- On December 23, 2023, exact time unknown, @4moreYearszn posted "#joeBidenLost yesterday when they rescinded my offer to study (book emoji) and learn now it's #theDeathOfJoeBidenAndKamala you fucking idiots!!!!! I'm going to bury them in a #schoolMassacre and #assasinate" on social media platform "X."

- On December 22, 2023, at 10:58PM @kingoftheJungle643 posted, "#terminations #shotAndKilled @UNM @UNMAnderson @MountainWest #everyonesAlobo #schoolMassacre #lobosLost they're dead (skull emoji)" on the social media platform "X."

- In December of 2023, the exact time and date are unknown, the biography of the @tokyoJapan443 account on the social media platform X it stated, "#joeAndKamala are dead (skull emoji) & buried finally."

12. On December 24, 2023, Phoenix Police Department contacted USSS about more concerning posts made by MICHAEL DAVID HANSON. SAs Jonah Ashcraft and Mark Lazarus responded by attempting to locate HANSON. Phoenix Police Department had a tip the HANSON was staying at a shelter in Downtown Phoenix. MICHAEL DAVID HANSON was located, read his Miranda rights, and interviewed on December 24, 2023. During this interview HANSON allowed agents to take pictures of him. The pictures were compared to pictures posted on the X accounts where HANSON had posted threats, and to

HANSON's driver's license photograph. Agents were able to confirm HANSON was the interviewee and the person on the X profiles.

13. During the interview HANSON admitted to posting the December 23, 2023, threats, but downplayed the severity by saying nobody followed his accounts. HANSON went on to say he posted the threats because he wanted attention and knew posting threats toward the POTUS and VPOTUS would get attention.

14. When asked about the threat to commit a mass shooting on the campus of the University of New Mexico, HANSON stated that earlier in the year, he was taking a film class on that campus and had applied to a master's program there. HANSON had been admitted and had been given both student loans and a scholarship for that master's program. However, prior to the start of the semester HANSON had been involved in an incident with a female student who made a formal complaint about HANSON. The reason for the complaint varied but at some point, the university pulled HANSON's admission and his student loans without getting HANSON's side of the incident. When speaking about this, HANSON again became very emotional. HANSON then stated that several days ago the university reached out to HANSON to complete an investigation into the incident including HANSON's side of the events. A day or so later the university either needed to change the date of the online interview or changed its mind about that interview all together.

15. Continuing being emotional HANSON stated that he felt trapped in hell (Phoenix) and was trying to get to heaven. He needed someone to blame and to get some

attention about his plight and that is when he posted about conducting a mass shooting at the University and then subsequently assassinating the POTUS and VPOTUS. Again, HANSON stated that he was just ranting in the moment on a platform that nobody follows. After being prompted, HANSON did go on to say that he did not wish to harm anyone at the university nor the POTUS and VPOTUS.

## CONCLUSION

16. Your affiant submits that this affidavit supports probable cause for a Complaint charging this offense and a warrant for the arrest of MICHAEL DAVID HANSON.

Respectfully submitted,

Savanna Shawler
Special Agent, United States Secret Service

SUBSCRIBED and SWORN to before me on
___23rd___ day of January, 2024.

ALISON S. BACHUS
United States Magistrate Judge

12